Leemore Kushner
KUSHNER LAW GROUP
801 North Citrus Avenue
Los Angeles, California 90038
Telephone:  (323) 515-7894
Facsimile:  (323) 544-8170
lkushner@kushnerlawgroup.com

Attorneys for Plaintiff Malibu Media, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>John Does 1 through 35,<br><br>　　　　Defendants. | Case No. 3:12-cv-01135-LAB-DHB<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL OF JOHN DOE 2 WITH PREJUDICE** |

PLEASE TAKE NOTICE that Plaintiff has settled this matter with John Doe 2 ("Defendant"), *who is represented by counsel*. John Doe 2 was assigned the IP Address 174.65.34.36. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from the action with prejudice. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Defendant John Doe 2 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

DATED: September 12, 2012

Respectfully submitted,

**KUSHNER LAW GROUP, LLC**
*Attorneys for Plaintiff*

By: /s/ *Leemore Kushner*
    Leemore Kushner

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Leemore Kushner*
Leemore Kushner